ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 07–0870/AF.  U.S. v. Charles S. Roach.  CCA S31143.  Appellant's **second** motion to extend time to file the supplement to the petition for grant of review is granted, **but only up to and including August 18, 2011,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 11–0520/AR.  U.S. v. Christopher L. Young.  CCA 20090614.  On consideration of Appellant's petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that within 20 days of the date of this order, appellate defense counsel will file an additional supplement on issue #4 raised by Appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), concerning trial defense counsel's failure to request further neuropsychological testing on Appellant to determine the extent to which Appellant was suffering from post–traumatic stress disorder and post–concussive syndrome.  Appellee's answer shall be filed within 20 days of the filing of Appellant's additional supplement, and a reply may be filed within 5 days of Appellee's answer.

Thursday, July 28, 2011

No. 11–0474/AR.  U.S. v. Anthony P. Knowland.  CCA 20071405.  Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S

HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–0516/AR. U.S. v. Maurice K. Robins. CCA 20090996. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–0575/NA. U.S. v. Corry F. Olmos. CCA 201100133. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 11–0607/AF. U.S. v. Ronald C. Renfroe. CCA 37736. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.

No. 07–0870/AF. U.S. v. Charles S. Roach. CCA S31143. Appellant's motion to compel production of documents denied.